MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0862 MMC |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND MOTION HEARING |
| CHAD NEUMANN, | |
|     Defendant. | |

    On May 4, 2011, the parties in this case appeared before the Court and set a briefing schedule for the defendant's motion to suppress evidence.  On May 12, the Honorable Jeffrey S. White set a trial schedule for a case government counsel is handling that included extensive pretrial filings that were filed on May 23, a pretrial conference date of June 6, jury selection on June 21, and the presentation of evidence commencing June 29.

    The defendant in the instant matter timely filed his motion to suppress on May 25, 2011, the government's brief is due June 8, 2011, and the motion hearing is scheduled for June 22, 2011. Since the defendant's May 25 filing, the government has been working to interview witnesses in preparation for its June 8 response filing.  Due to the conflicting schedules of government counsel and the witnesses, the government has not been able to meet and secure documents needed to file the response motion on June 8.  The government is therefore seeking a

STIP. AND ORDER
CR 10-0862 MMC

1 continuance of one week to file its response in order to secure the necessary documents.
2 Defense counsel has indicated that he has no objection to the continuance. The parties also
3 request that the hearing previously scheduled for June 22, 2011 be continued to July 6, 2011 at
4 2:30 p.m. The parties hereby jointly and respectfully request the briefing/hearing schedule be
5 revised as follows:

| | |
|---|---|
| June 15, 2011: | Government Response to Defendant's Motion to Suppress |
| June 22, 2011: | Defendant Reply |
| July 6, 2011 at 2:30 p.m.: | Motion Hearing |

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 6/8/2011           /s/ Derek Owens
                          _____
                          DEREK OWENS
                          Assistant United States Attorney

DATED: 6/8/2011           /s/ Ronald Tyler
                          _____
                          RONALD TYLER
                          Attorney for the defendant

The hearing previously scheduled for June 22, 2011 is hereby continued to July 6, 2011 at 2:30 p.m. before the Honorable Maxine M. Chesney. The government shall file a response to the defendant's motion to suppress on June 15, 2011, and the defendant shall file any reply by June 22, 2011. Further, the period of time beginning June 22, 2011 to and including July 6, 2011 is hereby excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED: June 8, 2011          _____
                             THE HON. MAXINE M. CHESNEY
                             United States District Court Judge

STIP. AND ORDER
CR 10-0862 MMC                    2