1
2
3
4             IN THE UNITED STATES DISTRICT COURT
5           FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  UNITED STATES OF AMERICA,         )
                                     )  No. CR 10-0862 MMC
             Plaintiff,              )
8                                    )
   vs.                               )  STIPULATION AND [PROPOSED]
9                                    )  ORDER CONTINUING HEARING
   CHAD NEUMANN,                     )  AND EXCLUDING TIME
10                                   )
             Defendant.              )
11 _____)

## STIPULATION

The above-captioned matter was previously set for September 14, 2011 for change of plea or trial setting. In advance of the hearing, the Court ordered a pre-plea report, at the defendant's request. After reviewing the report, the defense has discovered that supporting documents for the criminal history information presented in the report are not yet in the custody of the Probation Department. In order to assure the accuracy of the report, such documents are necessary and have been requested. The United States has no objection to that request.

Accordingly, the parties request that the Court continue the hearing in the above-captioned matter from September 14, 2011 until October 26, 2011 at 2:30 p.m. The extent of the delay also takes into account absence of counsel from the jurisdiction during a portion of that time.

For the foregoing reasons, the parties agree to the stated continuance and request that, in computing the time in which the matter must be brought to trial under the Speedy Trial Act, the time be excluded, based upon the need for effective preparation.

//

1  It is so stipulated.

2

3  DATED: 9/12/2011                    /s/_____
                                       RONALD TYLER
                                       Assistant Federal Public Defender
4                                      Counsel for Chad Neumann

5

6  DATED: 9/12/2011                    /s/_____
                                       DEREK OWENS
                                       Assistant United States Attorney
7

8                                    **ORDER**

9       The Court finds as follows:

10      The ends of justice are served by granting the requested continuance, given that failure to do so

11 would deny counsel for the defendant the reasonable time necessary for effective preparation, taking

12 into account the exercise of due diligence.

13      The aforementioned ends of justice outweigh the best interest of the public and the defendant

14 in a speedy trial.

15      Accordingly, this matter is continued until October 26, 2011 at 2:30 p.m.  Pursuant to the

16 Speedy Trial Act, Title 18 United States Code §§3161(h)(7)(A) and 3161(h)(7)(B)(iv), the period

17 from September 14, 2011 until October 26, 2011 is excluded in computing the time within which

18 trial must commence.

19 IT IS SO ORDERED.

20

21 DATED: September 13, 2011
                                       _____
22                                     THE HON. MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT COURT JUDGE
23

24

25

26 STIP & ORDER CONTINUING
   HEARING & EXCLUDING TIME
   *United States v. Chad Neumann*
   CR 10-0862 MMC                       - 2 -